IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS HEBRARD**                                                            **PLAINTIFF**

v.                      Case No. 4:24-cv-00265-LPR

**DOES, Frank, Store Manager,**
**Boll Weevil Pawn Shop; Alexander,**
**Merchant/Tender, Boll Weevil Pawn Shop**                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 26th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE